UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUAN MARTINEZ,

    Plaintiff,

v.                                          CASE NO. 8:14-cv-182-T-23TGW

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

A December 12, 2014 report (Doc. 22) recommends affirming the Commissioner's decision.  More than seventeen days has passed, and the plaintiff fails to object.  The report and recommendation (Doc. 22) is **ADOPTED**.  The Commissioner's decision is **AFFIRMED**.  The clerk is directed (1) to enter judgment in favor of the Commissioner and against the plaintiff, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on January 8, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE